# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 18, 2022**

SEAN F. McAVOY, CLERK

CANDI-LEE: LILES:, a woman,

*Plaintiff*

v.

MONTY CHAMBERLAIN, the man; ANDREW ERIK SCHENK, the man; STANLEY ANDRUS, the man; STEVE YUHAUS, the man; and SHEILA YUHAUS, the woman;

*Defendant*

Civil Action No. 2:20-cv-00360-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This action is DISMISSED without prejudice pursuant to Federal Rule of Procedure 4(m).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke  .

Date: 2/18/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen